# Court of Appeals
# of the State of Georgia

ATLANTA,__March 27, 2024_____

*The Court of Appeals hereby passes the following order:*

**A24D0286. CEDRIC HERBERT v. THE STATE.**

Cedric Herbert filed this discretionary application to appeal his speeding conviction and probated sentence. The trial court's ruling here may be appealed directly.

This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Herbert shall have ten days from the date of this order to file a notice of appeal with the state court. See OCGA § 5-6-35 (g). The clerk of the state court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

Further, we conclude that Herbert's motion for emergency stay of sentence pending appeal fails to meet the standard for emergency relief as contemplated by Court of Appeals Rule 40 (b). Consequently, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/27/2024_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*